**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 20-2286**

_____

In re:  JOHN MARSHALL UNDERWOOD, JR.,

Petitioner.

_____

On Petition for Writ of Mandamus.  (2:17-cr-00029-1)

_____

Submitted:  April 30, 2021                                      Decided:  May 11, 2021

_____

Before NIEMEYER, KING, and HARRIS, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

John Marshall Underwood, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Marshall Underwood, Jr., petitions for a writ of mandamus seeking an order from this court directing federal officials to implement certain protective measures at the Federal Correctional Institution Ashland in light of the COVID-19 pandemic. In a supplemental petition, Underwood requests that this court investigate alleged mishandling of prisoners' mail. We conclude that Underwood is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Mandamus relief is available only when the petitioner has a clear right to the relief sought and "has no other adequate means to attain the relief [he] desires." *Murphy-Brown*, 907 F.3d at 795.

The relief sought by Underwood is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

---

[*] This opinion has no effect on Underwood's appeals in Nos. 20-6782 and 21-6457, which remain pending.